**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Melquiadez LOPEZ–CERDA, Defendant–Appellant.**

No. 05–51057.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2007.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY and BENAVIDES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed. The district court's expression of caution in departing from or deviating from the sentencing guidelines does not render a properly calculated guideline sentence unreasonable. There was no error.

AFFIRMED.

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.